# It IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MITCHELL KIEFFER;
and MICHELLE KIEFFER                                         PLAINTIFFS

v.                       No. 3:18-cv-81-DPM

MARTEN TRANSPORT OF WISCONSIN,
LTD.; MARTEN TRANSPORT, LTD.; and
STEPHEN JACK ANDERSON                                        DEFENDANTS

## ORDER

Motion, № 5, granted. Marten Transport of Wisconsin, Ltd. is dismissed from the case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 June 2018