IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MITCHELL KIEFFER and
MICHELLE KIEFFER                                                    PLAINTIFFS

v.                       No. 3:18-cv-81-DPM

MARTEN TRANSPORT LTD. and
STEPHEN JACK ANDERSON                                             DEFENDANTS

## ORDER

The Clerk of Court has informed me that all parties did not waive the conflict I identified, *Doc. 84*. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2021